# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEXICON, INC., also known as Prospect**
**Steel Company, Custom Metals, Schueck Steel**
**Company, and Schueck Fabrication Company**                **PLAINTIFF**

**vs.**                            **NO. 4:06CV00424 GTE**

**RAYTRANS DISTRIBUTION SERVICES, INC.**                    **DEFENDANTS**

## ORDER OF DISMISSAL

Pending before the Court is the Joint Motion to Voluntarily Dismiss with Prejudice advising the Court that this case should be dismissed.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 9th day of August, 2006.

                                              __/s/ Garnett Thomas Eisele____
                                              UNITED STATES DISTRICT JUDGE